UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| PETER WLOTKOWSKI, MARYANN SLIGAY, ANDREA FREY, CHERYL SIMPSON, MARGARET BURDEN, WAYNE WROBEL, DENNIS LEWIS, SHELLIE DOMALSKI, DAPHNE WINFREY, SEAN MUHLENKAMP, and ANTHONY HOOVER, individually and on behalf of others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>MICHIGAN BELL TELEPHONE COMPANY,<br><br>    Defendant. | Case No.  09-cv-11898<br><br><br><br><br><br><br><br><br><br><br><br>Hon. Nancy G. Edmunds<br>Mag. Judge Virginia M. Morgan |

## ORDER OF DISMISSAL WITHOUT COSTS OR FEES

This 20 day of December, 2010, the Court, for good cause shown, enters the following Order:

1.    This matter is before the Court on the Joint Stipulation Dismissal Without Costs and/or Attorneys' Fees (the "Stipulation") in the above captioned action [Docket No. 94];

2.    The Court has previously received, reviewed, and entered an order approving the Joint Stipulation of Settlement of this action pursuant to the provisions of Section 216(b) of the Fair Labor Standards Act (29 U.S.C. § 201 et seq.) [Docket No. 93];

3.    Pursuant to the terms of the settlement between the parties, the thirty (30) day period for Plaintiffs to accept or reject their specific settlement offers expired on December 17, 2010.  Therefore,

1

**IT IS HEREBY ORDERED ADJUDGED AND DECREED** that pursuant to the terms of the settlement between the parties, and the Stipulation:

1. The following Plaintiffs' claims are dismissed with prejudice, as they have accepted the settlement:

| First Name | Last Name |
|---|---|
| Steve | Allshouse |
| Marvin | Bady |
| Robert | Bailey |
| Lisa | Barczyk |
| James | Barkoot |
| Avis | Bell |
| Bryan | Berry |
| William | Bloom |
| William | Bryan |
| Donald | Brydges |
| Derek | Bulkley |
| Margaret | Burden |
| Jason | Chafin |
| Cynthia | Cloutier |
| Gary | Conant |
| Sharon | Conciello |
| Sandra | Constantine |
| James | Cooley |
| Denise | Corey |
| John | Crispin |
| Julie | Day |
| Carrie | Demott |
| Kathleen | Dohm-Beiser |
| Shellie | Domalski |
| Nathalie | Donell |
| Lori | Doorn |
| John | Driscoll |
| Brenda | Elinburg |
| Mary | Evans |
| Andrea | Frey |

| | |
|---|---|
| Elizabeth | Gaujanian |
| Cynthia | Girvan |
| Brian | Griffin |
| Charles | Guy |
| Stephanie | Hall |
| Charles | Helmboldt |
| Jack | Hendryx |
| Kim | Hermansen |
| Jeffrey | Holley |
| Anthony | Hoover |
| Kathryn | Hurl |
| Estill | Hurst |
| Wallace | Hytinen |
| Stanley | Janco Jr |
| Lacey | Johnson |
| Katrina | Johnson |
| Tommy | Johnson, Jr. |
| Jeffery | Jonseck |
| Daniel | Karbowski |
| Judy | Klimek |
| Brian | Koos |
| Martin | Kuhn |
| Susan | Kunert |
| Susan | Kusina |
| Kurt | Lahtinen |
| Robert | Leatherman |
| Carolyn | Lee |
| Dennis | Lewis |
| Steven | Lundberg |
| Elaine | Malwitz |
| Lou | Matthews |
| Daniel | McDonald |
| Douglas | Moody |
| Sean | Muhlenkamp |
| John | Nalepa |
| Douglas | Parker |
| Ann | Parker Iezzi |
| Richard | Pinkowski |

| | |
|---|---|
| Tonya | Reese |
| Ronene | Robinson |
| Deborah | Roehm |
| Jill | Ross-Blair |
| Douglas | Russ |
| Christine | Sanders |
| Michael | Schultz |
| Denise | Schultz |
| Kenneth | Shaw |
| Todd | Shibayama |
| Cheryl | Simpson |
| Daniel | Slaven |
| Maryann | Sligay |
| Cara | Snyder |
| Glen | Sowinski |
| Sharon | Spiekerman |
| Cynthia | Stamps |
| Michael | Sternett |
| Linda | Swack |
| Michael | Szymkowiak |
| Sandra | Taylor |
| Karen | Trudgen |
| Heather | Vallee-Knoblauch |
| Karen | Wenzlick-Eickholt |
| Roderick | Williams |
| Daphne | Winfrey |
| Peter | Wlotkowski |
| Marie | Workman |
| Wayne | Wrobel |
| Steven | Wyko |
| Angelika | Yearta |

2.      The following Plaintiffs' claims are dismissed without prejudice:

| **First Name** | **Last Name** |
|---|---|
| Robert | Budnick |
| David | Killingsworth |

3.      Pursuant to the terms of the settlement between the parties, no Plaintiffs rejected the settlement.

4.      Therefore, all of the Plaintiffs have been accounted for and this matter may be **DISMISSED** without costs, interest, or attorneys' fees to any party.

5.      This action is hereby **DISMISSED** without costs, interest, or attorneys' fees to any party.

IT IS SO ORDERED.

s/ Nancy G. Edmunds
Nancy G. Edmunds
United States District Judge

**Dated: December 20, 2010**

**I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on Monday, December 20, 2010, electronic and/or ordinary mail.**

s/ Carol A. Hemeyer
Case Manager